Good morning, Your Honors, and may it please the Court, Monica Miller for the Appellants, American Humanist Association, and Mr. Benjamin Espinosa. I intend to reserve two minutes of my time for rebuttal. Your Honors, the District Court sustained the Nevada Department of Corrections' longstanding practice of discriminating against humanists by favoring Scientologists, Wiccans, Pagans, and so forth. It's recognized now, so why isn't this case now moved? Thank you, Your Honor. I was just about to get to that. I was going to say that today, because the District Court's ruling was so flagrantly against the law, I think it would be useful for me to spend this time to explain why this 11th-hour maneuver of adding humanists to the chart doesn't move the case. How can it be a maneuver if it gives you everything you asked for? Well, Your Honor, it doesn't. In fact, it gives humanists nothing. And in fact, it exasperates and magnifies. It gives you nothing? Yes, Your Honor. Let me explain. Well, you better be very specific about what passages in the statement from the Nevada authorities is not true. Yes, Your Honor. I think the best example I can give you is the fact that on the very same day that the Department recognized Hebrew Israelites, they also recognized secular humanism, except that on secular humanism's chart, there's literally nothing conferred, despite the fact that Mr. Espinoza specifically sought group meetings for humanists, whereas Hebrew Israelites have holidays, they've already been pre-approved for group meetings, weekly study, all sorts of property. They have 17 holidays, religious holidays. One is a holy day, and the other are work prescription days. They're claiming that in order for Mr. Espinoza to get the same rights as Hebrew Israelites, he has to go through additional hurdles. He has to file a form called the 3529 form. Are additional forms that's required, has he filed those additional forms to go through that process? Your Honor, I submit that not the Hebrew Israelites couldn't have submitted those same forms because they're inapplicable. For instance, the 3529 form for religious holidays is an internal form or is a regional form that's sent to chaplains at the particular facility, and the chaplains are only to approve holidays that are already in the AR-810 overview chart. So it would be impossible for the Hebrew Israelites to have had approval on the very same day as getting all those 17 holidays in the chart. It also says the form that they're citing that Mr. Espinoza has to file, it says that you can't, it can't be filed more than 45 days before the observance, but no later than 30 days after. Yet the Hebrew Israelites on that very same day got all of their holidays a full calendar year's worth of holidays. There is no form, a state, a form for statewide approval of a holiday. There's only the 3505, which is for the recognition of a new group, service, property, or attire. And then there's this- Okay. I'm not sure I heard an answer to my question. There are additional forms that they're saying need to be filed. Did Mr. Espinoza file any additional forms? Now, you're talking about the Hebrew Israelites, what they couldn't have filed any forms. That's fine, and I take your point, but that goes to, I guess, your pretext argument. I'm asking, like, as a practical matter, has he gone through any additional process since humanism was put on the list? No, Your Honor, and what I'm suggesting is that they're not they haven't taken away the discrimination. They've compounded it by treating humanists differently from another group on the same exact day. Right. That's a different issue. I understand that. But he hasn't filed any additional forms? Because there are no forms that would be applicable to the situation. They're claiming a form that does not apply to the situation he would have had to file. Then they're saying that for him to get group meetings in the overview chart, he would have to file a kite form. That's also a regional form that a chaplain would look at this and say, okay, we'll give you your group meetings if they're approved in the overview chart. You go to the overview chart and it says none, underlined. Humanism hasn't been approved. Mr. Espinoza's application is still pending. His 3505 form he filed five years ago is still pending. The rules in the religious practice manual states that the religious review team is required to issue a written decision on the application and give the inmate the final decision in writing and store it in his file. That form has not been presented to this Court. My client wasn't even notified until we were able to reach him about a week ago. What relief are you looking for, just to get that form so he can fill it out? Your Honor, there is no other form besides the 3505 that he filed seeking group rec – seeking humanist recognition as well as group study meetings. He's already filed the form. It's pending. They haven't approved it. In fact, I would submit that they maybe have rejected it by putting none. They didn't leave it blank for humanist meetings to be approved. Humanists are the only group in the faith group overview chart that have not been automatically approved for faith group meetings. And so the original form, it does not apply statewide. The religious review team is responsible for updating their chart. There's a policy that states that once they recognize a faith group in the overview chart, it is up to the director or the religious review team to make necessary amendments in the overview chart. That's their – that's the onus is on the religious review team to put those holidays after they've so, you know, done their research on the matter. Now, there's also the voluntary cessation doctrine. As this Court knows, it's exceedingly rare for a defendant's last-minute, you know, final-hour decision to moot a case. They carry a very heavy, formidable burden of demonstrating to this Court, not just stating, but demonstrating that the disparate treatment of humanists is not likely to recur. The only evidence that they submitted on this issue is the declaration of a Reverend Snyder, who frankly isn't even a defendant in this case. The declaration states there's two reasons why the delisting of a faith group is unlikely to be – is not likely to happen. The first is that once a faith group has been recognized, they are automatically entitled to various rights and benefits, and that taking away those rights and benefits would create some morale issues with those inmates. The problem, of course, here is they have not granted humanists anything. The overview chart is completely empty, so they wouldn't be taking anything away. Secondly, they say that the reason for adding a new faith group to the overview chart is because it's a product of a meticulous review. They've done a lot of research on the faith group, and they're confident that it should be recognized. Kennedy. Does this American Humanist Association have a list of holidays or whatever? O'Connell. Yes, Your Honor. We cited them in our complaint, and in fact, the Federal Bureau of Prisons not only recognizes humanism, but it also recognizes those holidays and allows adherence of secular humanism to observe them. The two of those holidays, summer solstice and winter solstice, are already approved by the Nevada Department of Corrections in the overview chart for five other faith groups. Since 2016, they've been on notice that those same two holidays are shared with humanists. We put it in our complaint. We've discussed it in our briefs. And yet, even at this late stage when they had an opportunity to modify their overview chart and give humanist holidays just like they did for Hebrew Israelites, giving them 17, they at the very least could have given the humanists those two holidays that are shared by five other faith groups. The other two are Darwin Day and we have International Humanist Day. Those are commendable. You want him to look at your client's form that he filled out and gave to him, or he says he doesn't have a form? I'm not sure I understand that. So the form that he's filled out, and they've conceded, Defendant Stagner conceded during the process of his administrative remedies that that was the correct form, that he filed everything correctly. That form is for the recognition of a new faith group and that is the form in which a group would include holidays or practices. But ultimately, the rules in the manual state that the religious review team does the research. Once that's been submitted, they look up the practice. They might correspond with outside community members and then they update their own overview chart. There is no, in fact, the form doesn't have, if you look at the 3505 form, there's no separate slot for holidays. It doesn't put an inmate on notice that they have to list specific holidays. So what's relevant, I think, is that the department has known about these four humanist holidays. They automatically added Hebrew Israelite holidays without any other form, because there was no other form to fill out, and they have not done so here. I will reserve my remaining two minutes for rebuttal. All right. Thank you. Let's hear from the other side. ...
judges: O'scannlain, Siler, Nguyen